1

2
**UNITED STATES DISTRICT COURT**
3
**WESTERN DISTRICT OF MISSOURI**

4
GARY COLLINS )
5
4501 E. 105th St. )
Kansas City, MO 64137 )
6
)
Plaintiff, ) **No. 4:09-cv-00113-DW**
7
)
vs. ) **STIPULATION OF DISMISSAL**
8
) **WITH PREJUDICE**
)
9
ASSET ACCEPTANCE, LLC, )
28405 Van Dyke Ave. ) **Fed. R. Civ. P. 41(a)(1)**
10
Warren, MI 48093 )
)
11
Defendant. )

12
Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, GARY COLLINS and Defendant, ASSET

13
ACCEPTANCE, LLC, stipulate, and the Court hereby orders, as follows:

14
1.      The dispute between the parties has been settled, therefore, the claims asserted by

15
Plaintiff, GARY COLLINS, against Defendant, ASSET ACCEPTANCE, LLC, in the above-
16
captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).
17

Dated: May 6, 2009          KROHN & MOSS, LTD.
18

19
                           By:    /s/ Patrick Cuezze
                           Patrick Cuezze, Esq.
20
                           Krohn & Moss, Ltd.
                           10635 Santa Monica Blvd., Suite 170
21
                           Los Angeles, CA 90025
                           Attorney for Plaintiff,
22
                           GARY COLLINS

23
Dated: May 6, 2009

24
                           By:  /s/ Louis J. Wade
25
                           Louis J. Wade, Esq. (29034)
                           McDowell Rice Smith & Buchanan, PC
26
                           605 W. 47th St., Suite 350
                           Kansas City, MO 64112
27
                           Attorney for Defendant,

28
1

Error! Unknown
document property

Stipulation of Dismissal and [Proposed] Order
Case 4:09-cv-00113-DW   Document 8   Filed 05/07/09   Page 1 of 2

1

ASSET ACCEPTANCE, LLC

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**Error! Unknown**
document property